UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY DISTRIBUTION, INC., THOMAS L. FINKBINER, SAMUEL M. HENSLEY, ANTHONY R. IGNACZAK, JOSHUA J. HARRIS, MICHAEL D. WEINER, MARC J. ROWAN, MARC E. BECKER, DONALD C. ORRIS, CREDIT SUISSE FIRST BOSTON LLC, BEAR, STEARNS & CO., INC. and DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | Case No.<br>8:04CV961-T-26MAP<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that defendants Quality Distribution, Inc. ("QDI"), Thomas L. Finkbiner, Samuel M. Hensley, Anthony R. Ignaczak, Joshua J. Harris, Michael D. Weiner, Marc J. Rowan, Marc E. Becker, and Donald C. Orris (the "Individual Defendants"), and Credit Suisse First Boston LLC, Bear, Stearns & Co., Inc., and Deutsche Bank Securities Inc. (the "Underwriter Defendants") hereby remove the action styled *Steamfitters Local 449 Pension & Retirement Security Funds v. Quality Distribution, Inc., et al.*, Case No. 0403013, from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

**The Parties**

1. Plaintiff Steamfitters Local 449 Pension & Retirement Security Funds

("Steamfitters") allegedly purchased QDI's common stock after QDI's initial public offering on November 6, 2003. (Compl. ¶ 8.)

2. Defendant QDI is a Florida corporation headquartered in Tampa. It operates a North American tank-truck network that transports chemical products and provides related logistics services.

3. Defendant Thomas L. Finkbiner is QDI's Chairman, President, and Chief Executive Officer.

4. Defandant Samuel M. Hensley is QDI's Senior Vice President and Chief Financial Officer.

5. The remaining Individual Defendants, Anthony R. Ignaczak, Joshua J. Harris, Michael D. Weiner, Marc J. Rowan, Marc E. Becker and Donald C. Orris, are members of QDI's Board of Directors.

6. Defendants Credit Suisse First Boston LLC, Bear, Stearns & Co., Inc., and Deutsche Bank Securities Inc. were underwriters for QDI's November 6, 2003 IPO.

**This Action**

7. On March 26, 2004, Steamfitters filed this putative shareholder class action in Florida state court. A date-stamped copy of the Complaint is attached as Exhibit 1. Steamfitters attempted to serve QDI on March 31, 2004, but delivered only an incomplete copy of the complaint. A copy of the QDI Summons is attached as Exhibit 2.

8. Steamfitters' Complaint alleges that the Defendants violated Sections 11 and 12(a)(2) of the Securities Act of 1933 (and that the Individual Defendants, as "control persons," violated Section 15 of the Act) by disseminating false or misleading financial results in connection with QDI's common stock IPO. (Compl. ¶¶ 41-58.)

Specifically, the Complaint alleges that QDI's November 6, 2003 Registration Statement and Prospectus for the IPO contained the company's audited 2001 and 2002 financial statements, as well as unaudited financial information for the first nine months of 2003. (*Id.* ¶ 22.) The Complaint also alleges that on February 2, 2004, QDI announced that it intended to restate its financial results for those periods, rendering the Registration Statement's and Prospectus's financial data materially misleading. (*Id.* ¶¶ 27-28, 31.)

**The Federal Actions**

9.  This action is substantially identical to two other class actions filed in this Court—*Meigs v. Quality Distribution, Inc., et al.*, No. 8:04-CV-335-T-24MSS (a copy of which is attached as Exhibit 3) and *Cochran v. Quality Distribution, Inc., et al.*, No. 8:04-CV-817-T27MSS (a copy of which is attached as Exhibit 4). *Meigs* was filed more than a month before this action, and *Cochran* was filed on April 14, two weeks after *Steamfitters*.

10. The *Steamfitters*, *Meigs* and *Cochran* complaints are substantially identical. All three actions assert claims under Sections 11 and 15 of the Securities Act based on alleged QDI common stock purchases following QDI's November 2003 IPO. (Compl. ¶ 6; Ex. 3 ¶ 6; Ex. 4 ¶ 1.) They also all allege that QDI's Registration Statement and Prospectus for the IPO included misleading financial statements (Ex. 3 ¶¶ 20-21; Ex. 4 ¶¶ 19-21; Compl. ¶¶ 27-28, 31) and rely on the same February 2004 press release as evidence of the statements' falsity (Compl. ¶ 27; Ex. 3 ¶ 23; Ex. 4 ¶ 23).

11. Specifically, *Steamfitters* duplicates *Meigs*'s and *Cochran*'s allegations that a former manager at a QDI subsidiary improperly recorded receivables and deposits from third-parties. (Compl. ¶ 27; Ex. 3 ¶ 23; Ex. 4 ¶ 23.) Those accounting

irregularities, *Meigs* and now *Steamfitters* and *Cochran* allege, caused QDI to overstate the earnings data in its Registration Statement and Prospectus. (Compl. ¶ 28; Ex. 3 ¶ 22; Ex. 4 ¶ 22.) The three actions all conclude that QDI's financial statements dating back to 2001 were false and misleading. (Compl. ¶ 28; Ex. 3 ¶¶ 20-21; Ex. 4 ¶ 21.)

12. *Meigs* and *Cochran* also allege claims identical to those here—that the Defendants violated Section 11 of the Securities Act of 1933 by filing a misleading Registration Statement (Compl. ¶ 47; Ex. 3 ¶¶ 26-27; Ex. 4 ¶ 26), and that the Individual Defendants are liable as "control persons" under Section 15 of the Act (Compl. ¶ 57; Ex. 3 ¶ 38; Ex. 4 ¶ 36).

13. The Court has already scheduled a status conference in *Meigs* for May 3, during which the parties will discuss scheduling issues that implicate these actions.

**Grounds for Removal**

14. In accordance with 28 U.S.C. § 1446, QDI, the Individual Defendants, and the Underwriter Defendants all join in invoking this District Court's jurisdiction under 28 U.S.C. § 1441 (allowing removal of any state court civil action over which U.S. District Courts have original jurisdiction), 28 U.S.C. § 1331 (granting original jurisdiction to the District Courts over cases raising a federal question), and the explicit removal provisions of the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), codified at 15 U.S.C. § 77p(c).

15. SLUSA allows removal of any "covered class action" filed in state court that alleges "an untrue statement . . . of material fact in connection with the purchase or sale of a covered security . . . ." 15 U.S.C. § 77p(b)-(c). Steamfitters alleges that this suit may proceed as a class action under Florida law. (Compl. ¶ 34.) Furthermore, the suit is

4

a "covered class action" under SLUSA because, as Steamfitters has alleged, it seeks to recover damages for itself and for innumerable other unnamed, similarly situated parties (*id.* ¶ 34), and common questions of fact predominate (*id.* ¶ 36). 15 U.S.C. § 77p(f)(2)(A). Additionally, QDI common stock is a "covered security" because it trades publicly on the Nasdaq National Market. 15 U.S.C. § 77p(f)(3).

16. The substantially identical *Meigs* and *Cochran* complaints, both filed in this Court, confirm that *Steamfitters* belongs in federal court. All three complaints seek damages based on the same allegedly misleading registration statement in violation of the federal Securities Act. Meigs, however, filed his complaint first. Steamfitters' decision to sue in state court thus evidences its attempt to circumvent the lead plaintiff requirement and other procedural safeguards of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

**Timeliness**

17. Defendants have timely removed this action under SLUSA and 28 U.S.C. § 1446(b) because they have filed this Notice of Removal within 30 days of arguably receiving notice of the Complaint on March 31, 2004.

**Venue and Notice**

18. Venue in this District is proper under 28 U.S.C. § 1441 and 15 U.S.C. § 77p(c) because Steamfitters' action was pending in a state court located within this District.

19. Defendants will promptly file a Notice of this Removal with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, and serve the Notice on all parties.

Dated: April 28, 2004

Respectfully submitted,

QUALITY DISTRIBUTION, INC., THOMAS L. FINKBINER, ANTHONY R. IGNACZAK, AND DONALD C. ORRIS

By: _____
Christian R. Bartholomew
Fla. Bar No.: 193320
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
(305) 415-3000

And

Bradley J. Butwin
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

SAMUEL M. HENSLEY

By: _____
Morris Weinberg, Jr.
Fla. Bar No.: 0486401
Zuckerman Spaeder LLP
101 East Kennedy Boulevard, Suite 1200
Tampa, Florida 33602
(813) 221-1010


JOSHUA J. HARRIS, MICHAEL D. WEINER, MARC J. ROWAN, AND MARC E. BECKER

By: _____
Michael L. Chapman
Fla. Bar No.: 843555
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, Florida 33601
(813) 227-8500

and

6

Andrew J. Rossman
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York  10022

CREDIT SUISSE FIRST BOSTON LLC,
BEAR, STEARNS & CO., INC., AND
DEUTSCHE BANK SECURITIES INC.

By: _____
Gary L. Sasso
Fla. Bar No.: 622575
Sam J. Salario, Jr.
Fla. Bar No.: 83460
Carlton Fields
777 South Harbour Island Boulevard
Tampa, Florida  33601
(813) 223-7000

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

04 APR 28 PM 4: 12

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY DISTRIBUTION, INC., THOMAS L. FINKBINER, SAMUEL M. HENSLEY, ANTHONY R. IGNACZAK, JOSHUA J. HARRIS, MICHAEL D. WEINER, MARC J. ROWAN, MARC E. BECKER, DONALD C. ORRIS, CREDIT SUISSE FIRST BOSTON LLC, BEAR, STEARNS & CO., INC. and DEUTSCHE BANK SECURITIES INC.,<br><br>Defendants. | Case No.<br><br>8:04-cv-961-T-26MAP |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal, Notice of Pendency of Other Action, and Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to the Complaint, along with all attachments, have been sent by First Class United States Mail this 28th day of April, 2004 to the addressee listed below:

_____
Attorney

Maya Saxena
Milberg Weiss Bershad Hynes & Lerach LLP
The Plaza, Suite 900
Boca Raton, FL 33486