UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

QUALITY DISTRIBUTION, INC., THOMAS L. FINKBINER, SAMUEL M. HENSLEY, ANTHONY R. IGNACZAK, JOSHUA J. HARRIS, MICHAEL D. WEINER, MARC J. ROWAN, MARC E. BECKER, DONALD C. ORRIS, CREDIT SUISSE FIRST BOSTON LLC, BEAR, STEARNS & CO., INC. and DEUTSCHE BANK SECURITIES INC.,

Defendants.

Case No.

8:04CV961-T26mAP

## NOTICE OF PENDENCY OF OTHER ACTION

Pursuant to Local Rule 1.04(c), Defendants Quality Distribution, Inc., Thomas L. Finkbiner, Samuel M. Hensley, Anthony R. Ignaczak, Joshua J. Harris, Michael D. Weiner, Marc J. Rowan, Marc E. Becker, Donald C. Orris, Credit Suisse First Boston LLC, Bear, Stearns & Co., Inc., and Deutsche Bank Securities Inc., by and through undersigned counsels, hereby give notice of the following cases related to the above-styled action currently pending in the United States District Court for the Middle District of Florida:

1. *Meigs v. Quality Distribution, Inc., et al.*, No. 8:04-CV-335-T-24MSS, filed on February 24, 2004; and,

1

2.  *Cochran v. Quality Distribution, Inc., et al.*, No. 8:04-CV-817-T27MSS, filed on or about April 15, 2004.

Dated: April 28, 2004

Respectfully submitted,

QUALITY DISTRIBUTION, INC., THOMAS L. FINKBINER, ANTHONY R. IGNACZAK, AND DONALD C. ORRIS

By: _____
Christian R. Bartholomew
Fla. Bar No.: 0193320
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131-2339
(305) 415-3000
(305) 415-3001 (fax)

and

Bradley J. Butwin
O'MELVENY & MYERS LLP
153 East 53rd Street
New York, NY 10022
(212) 326-2000
(212) 326-2061 (fax)

SAMUEL M. HENSLEY

By: _____
Morris "Sandy" Weinberg, Jr.
Fla. Bar No.: 0486401
ZUCKERMAN SPAEDER LLP
101 East Kennedy Blvd., Suite 1200
Tampa, FL 33602-5838
(813) 221-1010
(813) 223-7961 (fax)

JOSHUA J. HARRIS, MICHAEL D.
WEINER, MARC J. ROWAN, AND MARC
E. BECKER

By: _____
    Michael L. Chapman
    Fla. Bar No.: 843555
    HOLLAND & KNIGHT LLP
    100 North Tampa Street, Suite 4100
    Tampa, Florida 33601
    (813) 227-8500

and

    Andrew J. Rossman
    AKIN GUMP STRAUSS HAUER & FELD LLP
    590 Madison Avenue
    New York, New York 10022


CREDIT SUISSE FIRST BOSTON LLC,
BEAR, STEARNS & CO., INC., AND
DEUTSCHE BANK SECURITIES INC.

By: _____
    Sam J. Salario, Jr.
    Fla. Bar No.: 0083460
    CARLTON FIELDS
    777 South Harbour Island Boulevard
    Tampa, Florida 33601
    (813) 223-7000