IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

81 Cf-Cv-961-T-26MAP

No. 04-13758-II

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 26 2004
THOMAS K. KAHN
CLERK

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS,
On Behalf of Itself and All Others Similarly Situated,

Plaintiff-Appellee,

versus

QUALITY DISTRIBUTION, INC.,
THOMAS L. FINKBINER, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Florida

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

Before TJOFLAT, ANDERSON, and WILSON, Circuit Judges

BY THE COURT:

The district court's June 28, 2004, order, remanding the case to the state court from which it was removed pursuant to 28 U.S.C. § 1447(c) based on a lack of federal subject matter jurisdiction, is not reviewable by this Court. 28 U.S.C. § 1447(d); Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 342-43, 96 S.Ct. 584, 589, 46 L.Ed.2d 542 (1976), abrogated on other grounds, Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 116 S.Ct. 1712, 135 L.Ed.2d 1 (1996); New v. Sports & Recreation, 114 F.3d 1092, 1095-96 (11th Cir. 1997). Accordingly, this appeal is

DISMISSED, sua sponte, for lack of jurisdiction.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 26, 2004

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa FL 33602

**Appeal Number: 04-13758-II**
Case Style: Steamfitters Local 449 v. Quality Distribution
District Court Number: 04-00961 CV-T-26-MAP

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas (404) 335-6178

Encl.

DIS-4 (3-2003)